Mark A. Hutchison (4639)
Jacob A. Reynolds (10199)
Hutchison & Steffen, LLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Telephone: 702.385.2500
Facsimile: 702.385.2086
mhutchison@hutchlegal.com

Michael Dockterman *pro hac vice*
Olivia G. St. Clair *pro hac vice*
Steptoe & Johnson LLP
115 S. LaSalle Street, Suite 3100
Chicago, IL 60603
Telephone: 312.577.1300
Facsimile: 312.577.1370
mdockterman@steptoe.com

*Attorneys for Defendants*
*Toyota Motor Sales, U.S.A., Inc., Saatchi & Saatchi*
*North America, Inc., and Smuggler, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC E. DAHL, an individual, | Case No.: 2:14-cv-01737-JCM-PAL |
| Plaintiff, | |
| vs. | |
| TOYOTA MOTOR SALES, U.S.A., INC., A California corporation, SAATCHI & SAATCHI NORTH AMERICA, INC., a Delaware corporation; SMUGGLER, INC., a California corporation, DOES 1 through X; and ROE CORPORATIONS 1 through X, inclusive, | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41** |
| Defendants. | |

Plaintiff Eric E. Dahl, by and through his counsel Jeffrey Galliher, and Defendants Toyota Motor Sales, U.S.A. Inc., Saatchi & Saatchi North America, Inc., and Smuggler, Inc. (collectively, "Defendants"), by and through their counsel Hutchison & Steffen and Steptoe & Johnson, hereby stipulate pursuant to FRCP 41 to voluntarily dismiss this action and all claims **<u>with prejudice</u>**, with each of the parties to bear their own attorney fees and costs. Such stipulation to act as a dismissal with prejudice as if the claims had been fully adjudicated on the merits.

Dated: May 27, 2015

Respectfully submitted,

| **Law Offices of Steven M. Burris** | **Hutchison & Steffen, LLC** |
|---|---|
| /s/ Jeffrey L. Galliher | /s/ Jacob A. Reynolds |
| Jeffrey L. Galliher, Esq. | Mark A. Hutchison (4639) |
| 2810 W. Charleston Blvd., Suite F-58 | Jacob A. Reynolds (10199) |
| Las Vegas, Nevada 89102 | 10080 West Alta Drive, Suite 200 |
| | Las Vegas, NV 89145 |
| *Counsel for Plaintiff* | |
| | and |
| | Michael Dockterman pro hac vice |
| | Olivia G. St. Clair pro hac vice |
| | Steptoe & Johnson LLP |
| | 115 S. LaSalle Street, Suite 3100 |
| | Chicago, IL 60603 |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5 and LR 5-1, I hereby certify that on May 27, 2015, I caused a copy of the **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41,** to be served via CM/ECF and U.S. Mail upon the following counsel:

Jeffrey L. Galliher, Esq.
Law Offices of Steven M. Burris
2810 W. Charleston Blvd., Suite F-58
Las Vegas, Nevada 89102

                                        /s/ Maddy Carnate-Peralta
                                        An employee of Hutchison & Steffen