UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC E. DAHL, an individual, | Case No.: 2:14-cv-01737-JCM-PAL |
| Plaintiff, | |
| vs. | [PROPOSED] |
| TOYOTA MOTOR SALES, U.S.A., INC., A California corporation, SAATCHI & SAATCHI NORTH AMERICA, INC., a Delaware corporation; SMUGGLER, INC., a California corporation, DOES 1 through X; and ROE CORPORATIONS 1 through X, inclusive, | **O R D E R** |
| Defendants. | |

Plaintiff Eric E. Dahl, by and through his counsel Jeffrey Galliher, and Defendants Toyota Motor Sales, U.S.A. Inc., Saatchi & Saatchi North America, Inc., and Smuggler, Inc. (collectively, "Defendants"), by and through their counsel Hutchison & Steffen and Steptoe & Johnson, submitted a stipulation to dismiss this case with prejudice pursuant to FRCP 41 on May 28, 2015.  (Doc. 34.)

IT IS ORDERED that this case is dismissed with prejudice with each of the parties to bear their own attorney fees and costs.

Dated: May _____, 2015

_____
**United States District Court Judge**

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5 and LR 5-1, I hereby certify that on May 27, 2015, I caused a copy of the **PROPOSED ORDER,** to be served via CM/ECF and U.S. Mail upon the following counsel:

Jeffrey L. Galliher, Esq.
Law Offices of Steven M. Burris
2810 W. Charleston Blvd., Suite F-58
Las Vegas, Nevada 89102

/s/ Jacob A. Reynolds_____
Of Counsel at Hutchison & Steffen